IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALMONDO BAKER,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　12-cv-125-wmc

STEPHANIE FALTYNSKI and
MICHAEL SCHMIDT,

    Defendants.

    This action came for consideration before the court with District Judge William M Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Stephanie Faltynski and Michael Schmidt granting their motion for summary judgment and dismissing this case.

| /s/ | 2/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |